

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00121-CV

### ROSE MARY G. SANCHEZ AND NOE G. SANCHEZ
v.
### CHRISTOPHER PAUL MONTALVO A/K/A CHRIS MONTALVO AND MADCHRIS, LLC

On Appeal from the
94th District Court of Nueces County, Texas
Trial Cause No. 2019DCV-1040-C

### JUDGMENT

This Court's judgment issued on January 7, 2021, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

May 6, 2021